IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SENIORHEALTH INCORPORATED; ) <br> FENX HEALTHCARE, INC.; ) <br> QUESTMARK PARTNERS II, L.P.; ) <br> QUESTMARK PARTNERS SIDE ) <br> FUND II, L.P.; FIRST AVENUE ) <br> PARTNERS II, L.P.; FIRST AVENUE ) <br> ETC PARTNERS, L.P.; ) <br> HEALTHMARK VENTURES, LLC; ) <br> and SAMUEL OWEN ) <br> ) <br>     Plaintiffs/ Counter Defendants, ) <br> ) <br> v. ) <br> ) <br> GILLIARD HEALTH SERVICES, INC. ) <br> and WILLIAM G. McKENZIE ) <br> ) <br> ) <br> ) <br>     Defendants/ Counter Plaintiffs. ) | No. 3:10cv366 <br><br> District Judge Nixon <br><br> Magistrate Judge Griffin <br><br> JURY DEMAND |

**DEFENDANT'S LOCAL RULE 7.02 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.02, Defendants Gilliard Health Services, Inc. ("Gilliard Health") hereby submits its Corporate Disclosure Statement.

    Defendant Gilliard Health has no parent company, and no publicly held company owns ten percent or more of Defendant Gilliard Health's stock.

Respectfully submitted,

**Jones Hawkins & Farmer, PLC**

s/William B. Hawkins III
William B. Hawkins III

Jones Hawkins & Farmer, PLC
150 Fourth Ave. North, Suite 1820
Nashville, TN 37219
(P) 615-726-0050
(F) 615-726-5177
whawkins@joneshawkinsfarmer.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served by CM/ECF system to the following registered counsel of record and if not registered, via U.S. Mail, on this 7th day of June, 2010:

Aubrey B. Harwell
Jeff H. Gibson
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
615-244-1713

s/ William B. Hawkins III
William B. Hawkins III